Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
January 25, 2007








 

Petition
for Writ of Mandamus Dismissed and Memorandum Opinion filed January   25, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01108-CV

____________

 

IN RE DANIEL JAMES SIXTA, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
December 13, 2006, relator filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Harris County District Clerk to transmit
a copy of his application for habeas corpus and related documents to the Court
of Criminal Appeals.

We do
not have jurisdiction to issue the relief relator requests.  We accordingly
dismiss relator=s petition for writ of mandamus for lack of jurisdiction. 

PER CURIAM

 

Petition Dismissed and Memorandum
Opinion filed January 25, 2007.

Panel consists of Justices Yates,
Anderson, and Hudson.